■ DARA R. CUNNINGHAM, Appellant, v ARLYN C. CUNNINGHAM, JR., Respondent. In the Matter of DARA R. CUNNINGHAM, Appellant, v ARLYN C. CUNNINGHAM, JR., Respondent. (Appeal No. 1.) [27 NYS3d 412]—Appeal from an order of the Supreme Court, Yates County (Dennis F. Bender, A.J.), dated July 24, 2014. The order, inter alia, awarded sole legal custody of the parties' child to defendant-respondent and dismissed plaintiff-petitioner's family offense petition.

■ DARA R. CUNNINGHAM, Appellant, v ARLYN C. CUNNINGHAM, JR., Respondent. (Appeal No. 2.) [27 NYS3d 412]—Appeal from an order of the Supreme Court, Yates County (Dennis F. Bender, A.J.), entered February 13, 2015. The order denied the motion of plaintiff seeking leave to renew.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Cunningham v Cunningham* ([appeal No. 3] 137 AD3d 1704 [2016]). Present—Smith, J.P., Peradotto, Nemoyer, Curran and Scudder, JJ.